1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona

3  PATRICK J. SCHNEIDER
   Assistant U.S. Attorney
4  Arizona Bar No. 011697
   123 N. San Francisco St., Suite 410
5  Flagstaff, Arizona 86001
   Telephone (928) 556-0833
6  Facsimile: (928) 556-0759
   patrick.schneider@usdoj.gov
7  *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 20-04163MJ-001-PCT-CDB |
|---|---|
| Plaintiff, | **INFORMATION** |
| v. | |
| Thomas Joseph Grabarek, | VIO: 18 U.S.C. § 1856 (Leaving Fire Unextinguished) Count 1 |
| Defendant. | 36 C.F.R. § 2.32(a)(3) (False Information) Count 2 |

THE UNITED STATES OF AMERICA CHARGES:

**COUNT 1**

On or about October 27, 2019 in the District of Arizona, in Coconino County, within the Grand Canyon National Park, the defendant, THOMAS JOSEPH GRABAREK, did recklessly leave a fire unextinguished.

In violation of Title 18, United States Code, Section 1856.

CC: USM (by Clerk)

## COUNT 2

On or about November 7, 2019, in the District of Arizona, in Coconino County, the defendant, THOMAS JOSEPH GRABAREK, did knowingly provide false information to a National Park Service Agent in regard to an investigation they were conducting into a fire which was started in the Grand Canyon National Park on October 27, 2019.

In violation of 36 C.F.R. § 2.32(a)(3).

Dated this 12 day of August, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

PATRICK J. SCHNEIDER
Assistant U.S. Attorney